JFP: USAO# 2009R0770

FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2014 FEB -5 P 4: 18

CLERK'S OFFICE
AT BALTIMORE
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. WMN-14-058 |
| DELLANDO RECARDO CAMPBELL, | (Interstate Domestic Violence Resulting in Death of A Spouse, 18 U.S.C. § 2261(a)(1); |
| Defendant | Aiding and Abetting, 18 U.S.C. § 2) |

..oOo..

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about June 5, 2009, in the District of Maryland, the Defendant,

**DELLANDO RECARDO CAMPBELL,**

and Ryan Dave Holness, traveled in interstate commerce with the intent to kill and injure a spouse, to wit: Serika Dunkley Holness, the spouse of Ryan Dave Holness, and in the course of and as a result of such travel committed a crime of violence against that spouse, to wit: murder, as defined at 18 U.S.C. § 1111 (a), resulting in the death of the spouse, Serika Dunkley Holness.

18 U.S.C. §§ 2261(a)(1) and (b)(1)
18 U.S.C. § 2

Rod Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**
Foreperson

2/5/14
Date